**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6774**

———————————

ERNEST A. LARCH,

                                    Plaintiff - Appellant,

        and

KRIS SARAYN KOLLYNS; JAMES R. BENNINGTON; JOHN
F. KENNEDY; RUFUS L. BELDING; PAUL ALLEN
NEWMAN; HERBERT MCCOY; CHARLES MAXFIELD; LARRY
RILEY; DONALD MONTJOY; ALDEN HIOTT; JOHN F.
DEMEERE; JOHNNY CARRIGG; STEPHEN PLOUGH; KYLE
CRISCO; MICHAEL DAVIS; BENNY BARFIELD; FRANK
COOPER; JOSEPH W. HOLDER; JIMMY WORTHAM;
CLIFFORD THOMAS; TYRONE SKELTON; WARREN
BREWER; CHARLES FINLEY; ROBERT GLENN; RAYMOND
JUNE; ANTHONY PERRINEAU,

                                    Plaintiffs,

        versus

GEORGE GINTOLI; JONATHAN E. OZMINT; BILL
WHITE, in their personal capacities; SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS; SOUTH
CAROLINA DEPARTMENT OF MENTAL HEALTH; RUSSELL
HUGHES,

                                    Defendants - Appellees.

———————————

**No. 05-6775**

———————————

KRIS SARAYN KOLLYNS,

                                    Plaintiff - Appellant,

and

JAMES R. BENNINGTON; JOHN F. KENNEDY; RUFUS L.
BELDING; PAUL ALLEN NEWMAN; HERBERT MCCOY;
CHARLES MAXFIELD; LARRY RILEY; DONALD MONTJOY;
ALDEN HIOTT; ERNEST A. LARCH; JOHN F. DEMEERE;
JOHNNY CARRIGG; STEPHEN PLOUGH; KYLE CRISCO;
MICHAEL DAVIS; BENNY BARFIELD; FRANK COOPER;
JOSEPH W. HOLDER; JIMMY WORTHAM; CLIFFORD
THOMAS; TYRONE SKELTON; WARREN BREWER; CHARLES
FINLEY; ROBERT GLENN; RAYMOND JUNE; ANTHONY
PERRINEAU,

                                        Plaintiffs,

        versus

GEORGE GINTOLI; JONATHAN E. OZMINT; BILL
WHITE, in their personal capacities; SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS; SOUTH
CAROLINA DEPARTMENT OF MENTAL HEALTH; RUSSELL
HUGHES,

                                Defendants - Appellees.

                        ───────────────

                          No. 05-6817

                        ───────────────

FRANK COOPER,

                                Plaintiff - Appellant,

        and

KRIS SARAYN KOLLYNS; JAMES R. BENNINGTON; JOHN
F. KENNEDY; RUFUS L. BELDING; PAUL ALLEN
NEWMAN; HERBERT MCCOY; CHARLES MAXFIELD; LARRY
RILEY; DONALD MONTJOY; ALDEN HIOTT; ERNEST A.
LARCH; JOHN F. DEMEERE; JOHNNY CARRIGG;
STEPHEN PLOUGH; KYLE CRISCO; MICHAEL DAVIS;
BENNY BARFIELD; JOSEPH W. HOLDER; JIMMY
WORTHAM; CLIFFORD THOMAS; TYRONE SKELTON;

                            - 2 -

WARREN BREWER; CHARLES FINLEY; ROBERT GLENN; RAYMOND JUNE; ANTHONY PERRINEAU,

                                        Plaintiffs,

          versus


GEORGE GINTOLI; JONATHAN E. OZMINT; BILL WHITE; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH; RUSSELL HUGHES,

                                  Defendants - Appellees.

_____

Appeals from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief District Judge. (CA-04-1941-JFA; CA-04-2296-JFA; CA-04-2304-JFA)

_____

Submitted: October 21, 2005          Decided: December 8, 2005

_____

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ernest A. Larch, Kris Sarayn Kollyns, Frank Cooper, Appellants Pro Se. Vinton DeVane Lide, Sheally Venus Poe, VINTON D. LIDE & ASSOCIATES, Lexington, South Carolina; Kenneth Paul Woodington, William Henry Davidson, II, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Ernest A. Larch, Kris Sarayn Kollyns, and Frank Cooper appeal district court orders and judgment adopting the magistrate judge's report and recommendation, granting the Defendants' motions to dismiss, dismissing their civil rights complaints and denying the motion filed under Rule 59(e) of the Federal Rules of Civil Procedure. We have reviewed the record and the magistrate judge's report and recommendation and affirm for the reasons cited by the district court. See Larch v. Gintoli, No. 3:04-cv-02296-JFA (D.S.C. filed Mar. 28, 2005; entered Mar. 30, 2005; May 12, 2005); Kollyns v. Gintoli, No. 3:04-cv-01941-JFA (D.S.C. filed Mar. 28, 2005, entered Mar. 30, 2005; filed May 11, 2005, entered May 12, 2005); Cooper v. Gintoli, No. 3:04-cv-02304-JFA (D.S.C. filed Mar. 28, 2005; entered Mar. 30, 2005; May 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED